```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01917-JJT
Lora Lee Nunes                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: REshelman      Page 1 of 1         Date Rcvd: Jul 05, 2017
                          Form ID: ntnew341    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
```
db              +Lora Lee Nunes,    25 Homestead Lane,   Lehighton, PA 18235-5502
4928235         +Blackwell Recovery,    4725 N Scottsdale Dte 300,    Scottsdale, AZ 85251-7607
4928236         +Client Services Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
4928237         +HiltonHead Island Land Development,    PO Box 78843,    Phoenix, AZ 85062-8843
4928240          The Home Depot/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
4928241         +USAA Credit Card Services,    PO Box 65020,   San Antonio, TX 78265-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4938216          E-mail/PDF: cbp@onemainfinancial.com Jul 05 2017 19:10:54     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4928238         +E-mail/PDF: cbp@onemainfinancial.com Jul 05 2017 19:10:53     One Main,   6801 Colewell Blvd.,
                 Irving, TX 75039-3198
4928239         +E-mail/Text: bankruptcy@loanpacific.com Jul 05 2017 19:09:47     Pacific Union Financial,
                 1603 LBJ Freeway, Ste 500,   Dallas, TX 75234-6071
                                                                                            TOTAL: 3
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor Lora Lee Nunes jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lora Lee Nunes  
aka Lora Nunes  
Debtor(s)

Chapter 13

Case No. 5:17−bk−01917−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: September 18, 2017 |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 5, 2017