```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01917-JJT
Lora Lee Nunes                                                      Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Sep 20, 2017
                     Form ID: ntcnfhrg     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
```
db            +Lora Lee Nunes,    25 Homestead Lane,    Lehighton, PA 18235-5502
4928235       +Blackwell Recovery,    4725 N Scottsdale Dte 300,    Scottsdale, AZ 85251-7607
4928236       +Client Services Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
4928237       +HiltonHead Island Land Development,    PO Box 78843,    Phoenix, AZ 85062-8843
4945801       +Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, TX 75063-6046
4928240        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
4928241       +USAA Credit Card Services,    PO Box 65020,    San Antonio, TX 78265-5020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4938216        E-mail/PDF: cbp@onemainfinancial.com Sep 20 2017 19:24:09      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
4928238       +E-mail/PDF: cbp@onemainfinancial.com Sep 20 2017 19:24:28      One Main,    6801 Colewell Blvd.,
                Irving, TX 75039-3198
4968281        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:25:00
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4928239       +E-mail/Text: bankruptcy@loanpacific.com Sep 20 2017 19:23:57      Pacific Union Financial,
                1603 LBJ Freeway, Ste 500,    Dallas, TX 75234-6071
4968792       +E-mail/Text: bncmail@w-legal.com Sep 20 2017 19:23:33      USAA Savings Bank,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 5
```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor Lora Lee Nunes jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lora Lee Nunes
aka Lora Nunes
Debtor(s)

Chapter 13

Case No. 5:17−bk−01917−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **October 20, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 7, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 20, 2017 |