```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01917-JJT
Lora Lee Nunes                                                  Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: REshelman        Page 1 of 1        Date Rcvd: Jun 06, 2018
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db              +Lora Lee Nunes,    25 Homestead Lane,    Lehighton, PA 18235-5502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Lora Lee Nunes jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lora Lee Nunes a/k/a Lora Nunes <br> <u>Debtor</u> <br><br> PACIFIC UNION FINANCIAL, LLC <br> <u>Movant</u> <br> vs. <br><br> Lora Lee Nunes a/k/a Lora Nunes <br> <u>Debtor</u> <br><br> Charles J. DeHart, III Esq. <br> <u>Trustee</u> | CHAPTER 7 <br><br><br> NO. 17-01917 JJT <br><br><br><br> 11 U.S.C. Section 362 |

### ORDER

Upon consideration of the stipulation ( docket 42 ) , it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: June 5, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)